McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
(973) 425-0161 (fax)
Attorneys for Defendant
Metropolitan Life Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY HEATER,<br><br>                Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>               Defendant. | Civil Action No.: 4:22-cv-01727-WIA |

## CIVIL ACTION – STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Gary Heater and Defendant, Metropolitan Life Insurance Company ("MetLife"), pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, that the within action shall be, and the same hereby is, dismissed in its entirety as against MetLife with respect to all claims, with prejudice, and without costs and/or attorneys' fees.

| | |
|---|---|
| **ROSEN MOSS SNYDER, LLP**<br>Attorneys for Plaintiff<br>Gary Heater | **McELROY, DEUTSCH, MULVANEY**<br>**& CARPENTER LLP**<br>Attorneys for Defendant<br>Metropolitan Life Insurance Company |
| By: _/s/ Marc H. Snyder_<br>     Marc H. Snyder, Esq. | By: _/s/ Randi F. Knepper_<br>     Randi F. Knepper, Esq. |
| DATED: January 26, 2023 | DATED: January 26, 2023 |

4726982_1